FILED

04/24/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0454

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA-19-0454

THERON JAMES BLAKE
    Petitioner and Appellant

v.

STATE OF MONTANA
    Respondent and Appellee

_____

**ORDER GRANTING MOTION FOR
EXTENSION OF TIME**

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore, Appellant is granted an extension of time until May 27, 2020 to prepare, serve, and file his Opening Brief. No additional extensions will be granted for the opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 24 2020